IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02944-MJW

JOSE JUNIOR MARTINEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael J. Watanabe on March 29, 2016, incorporated herein by reference, it is

ORDERED that the Commissioner's determination is VACATED and REMANDED.  It is

FURTHER ORDERED that the Commissioner is directed to reconsider this case de novo. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Jose Junior Martinez, and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED at Denver, Colorado this   29th   day of March, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/S. Libid
S. Libid, Deputy Clerk